JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RIGOBERTO LOPEZ,
                      Plaintiff,

v.

MONIKA LAN YOON, et al.,

                      Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. CV 26-2501 FMO (JDEx)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge